FILED
CLERK, U.S. DISTRICT COURT

MAR 31 2008

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FRANK XAVIER RODRIGUEZ, | ) | NO. EDCV 07-0696-CJC(CT) |
|---|---|---|
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JAMES YATES, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: March 31, 2008

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE